IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC AARON BRAMBLETT #611202, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DARON HALL, et al., )<br>)<br>Defendants. ) | NO. 3:23-cv-00372<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE FRENSLEY |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 23), which was filed on December 4, 2024. Through the Report and Recommendation, the Magistrate Judge recommends that this action be dismissed without prejudice under Rule 41 for failure to prosecute and that Defendants' pending motion to dismiss (Doc. No. 21) be found moot. On October 25, 2024, the Court ordered (Doc. No. 22) Plaintiff to show cause by November 18, 2024, why his claim should not be dismissed for failure to prosecute or for the reasons stated in Defendants' motion. As of the entry of this Order, Plaintiff has not responded to the motion to dismiss or the Court's show cause order. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute and Defendants' motion (Doc. No. 21) is **DENIED** as moot.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE